| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ANDREW ADAM GOMEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00271-LJO-SKO-2 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER OF |
| | ) | APPEARANCE; ORDER |
| vs. | ) | |
| | ) | |
| ANDREW ADAM GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Andrew Adam Gomez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Gomez agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: November 28, 2017                /s/ Andrew Adam Gomez
                                       ANDREW ADAM GOMEZ


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: November 28, 2017                /s/ Erin Snider
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ANDREW ADAM GOMEZ


**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **November 28, 2017**                    /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE