1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIN SNIDER, #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  ANDREW ADAM GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ADAM GOMEZ,<br><br>Defendant. | Case No. 1:17-cr-00271-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; DECLARATION OF ERIN M. SNIDER<br><br>Date: January 7, 2018<br>Time: 8:30 a.m.<br>Hon. Judge Lawrence J. O'Neill |
|---|---|

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Andrew Adam Gomez, that the sentencing hearing currently scheduled for December 17, 2018, be continued to January 7, 2018, at 8:30 a.m.

The defense is requesting this continuance because defense counsel is currently preparing for a jury trial scheduled to begin on December 11, 2018.  *See* Declaration of Erin Snider. Defense counsel recently learned that additional investigation is needed before sentencing in this matter and, given her current schedule, she is unable to devote the necessary time to such investigation before the current December 17, 2018 sentencing date. *Id.*

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: December 7, 2018      */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 7, 2018      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANDREW ADAM GOMEZ

## **O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for December 17, 2018, be continued to January 7, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 7, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

Gomez: Stipulation
and Proposed Order

2

# DECLARATION OF ERIN SNIDER

I, Erin Snider, declare as follows:

1. I am an attorney admitted to practice before this Court and I am employed as an Assistant Federal Defender.

2. The Office of the Federal Defender has been appointed to represent Defendant Andrew Adam Gomez in the above-entitled case, and I have been assigned to represent him.

3. I have a trial in another case, *United States v. Craig Shults*, Case No. 1:17-cr-00136-LJO-SKO, scheduled to begin on December 11, 2018. The trial is estimated to take approximately four days.

4. I recently learned that additional investigation is needed before sentencing in this matter and, given my current schedule, I am unable to devote the necessary time to such investigation before the current sentencing date of December 17, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 7, 2018, at Fresno, California.

/s/ Erin Snider
ERIN SNIDER, Declarant
Assistant Federal Defender