| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>ERIN SNIDER, #304781<br>Assistant Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721<br>Telephone: (559) 487-5561<br>Fax: (559) 487-5950<br><br>Attorney for Defendant<br>ANDREW ADAM GOMEZ | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ADAM GOMEZ,<br><br>Defendant. | Case No. 1:17-cr-00271-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>Date: January 22, 2019<br>Time: 8:30 a.m.<br>Hon. Judge Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Andrew Adam Gomez, that the sentencing hearing currently scheduled for January 7, 2019, be continued to January 22, 2019, at 8:30 a.m.

The defense previously requested a continuance from December 17, 2018, to January 7, 2019, due to defense counsel's trial schedule. At that time, Mr. Gomez was also in the process of applying to a residential treatment program. In mid-December, the defense learned that the program required a report from a psychiatrist verifying Mr. Gomez's suitability for the program, given Mr. Gomez's disclosure that he had previously taken psychiatric medication. The defense submitted the report on December 21, 2018. Due to the holidays, however, the defense has been unable to reach anyone in the program's intake department to learn whether the program has made a final determination. Whether Mr. Gomez is accepted into this program will greatly

impact the defense's sentencing recommendation. Accordingly, the defense is requesting this additional two-week continuance.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 2, 2019    */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 2, 2019    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANDREW ADAM GOMEZ

## **O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for January 7, 2019, is continued to January 22, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **January 3, 2019**          */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE